# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Josiah Pierre Welch,

    Plaintiff(s),

vs.

John Snyder, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-CV-25-1

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/25/2008 Order.

Signed: January 25, 2008

Frank G. Johns, Clerk
United States District Court